Michael K. Friedland (SBN 157217)
michael.friedland@knobbe.com
Ali S. Razai (SBN 246922)
ali.razai@knobbe.com
Kim A. Kennedy (SBN 305499)
kim.kennedy@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

David Clark, Esq. (SBN 300247)
dsp@snowcrest.net
1330 West Street, Suite B
Redding, CA 96001
Phone: (530) 623-6447
Facsimile: (530) 296-5075

Eric Omstead, (SBN 125435)
omsteadlaw@charter.net
1100 Brandon Court #12
Redding, CA 96001
Telephone: (530) 276-8120

Attorneys for Plaintiff
EMERALD KINGDOM GREENHOUSE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD KINGDOM GREENHOUSE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ERICK RECORS, BLUE COMMERCE SOLUTIONS, INC., FULLBLOOM HYDROPONICS, JOHN DOES 1-100, INC., <br><br> Defendants. | Case No. 2:16-CV-02819-TLN-CMK <br><br> **STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br><br> Hon. Troy L. Nunley <br> Courtroom 2, 15th Floor |
| ERICK RECORS, BLUE COMMERCE SOLUTIONS, INC., FULLBLOOM HYDROPONICS, JOHN DOES 1-100, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> EMERALD KINGDOM GREENHOUSE, LLC, JOHN DOES 1-100, <br><br> Counterclaim Defendants. | |

Plaintiff Emerald Kingdom Greenhouse, LLC ("Emerald") and Defendants Erick Recors, Blue Commerce Solutions Inc./Fullbloom Hydroponics (collectively "Defendants"), through their attorneys of record and subject to the Court's approval, hereby move, stipulate, and respectfully request that the Court grant Emerald leave to file the First Amended Complaint **to be filed with the Court within ten (10) days of the this signed Order.**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 30, 2017

By: */s/ Ali S. Razai*
   Michael K. Friedland
   Ali S. Razai
   Kim A. Kennedy

Attorneys for Plaintiff
EMERALD KINGDOM GREENHOUSE, LLC

LAW OFFICE OF STEVE WHITWORTH

Dated: May 30, 2017

By: */s/ Steve Whitworth (as authorized on 5/26/17*
   Steve Whitworth

Attorney for Defendants
ERICK RECORS; BLUE COMMERCE SOLUTIONS, INC., FULLBLOOM HYDROPONICS

25944953

-1-  Stipulation and Order for Leave to File First Amended Complaint

1 | **IT IS SO ORDERED.**
2 |
3 | Dated: May 30, 2017
4 |
5 |
6 | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    | Troy L. Nunley
7 | United States District Judge