Michael K. Friedland (SBN 157217)
michael.friedland@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246922)
ali.razai@knobbe.com
Kim A. Kennedy (SBN 305499)
kim.kennedy@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
EMERALD KINGDOM GREENHOUSE, LLC
and JEFFREY LLOYD

Peter K. Rundle (SBN 120,267)
peter@rundlelawcorp.com
Rundle Law Corporation
38 Corporate Park
Irvine, California 92606
Tel: 949-476-5088

Attorney for Defendants
ERICK RECORS; BLUE COMMERCE
SOLUTIONS, INC.,
FULLBLOOM HYDROPONICS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD KINGDOM GREENHOUSE, LLC, and JEFFREY LLOYD<br><br>Plaintiffs,<br><br>v.<br><br>ERICK RECORS, BLUE COMMERCE SOLUTIONS, INC., FULLBLOOM HYDROPONICS, JOHN DOES 1-100, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:16-CV-02819-TLN-CMK<br><br>**STIPULATION AND ORDER TO PARTIALLY EXTEND DISCOVERY CUT-OFF DEADLINE IN COURT'S NOVEMBER 3, 2017 PRETRIAL SCHEDULING ORDER (DKT. NO. 38)**<br><br>Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor |

Plaintiffs Emerald Kingdom Greenhouse, LLC and Jeffrey Lloyd (collectively "Plaintiffs") and Defendants Erick Recors and Blue Commerce Solutions Inc./Fullbloom Hydroponics (collectively "Defendants"), by and through their respective counsel, hereby jointly request and stipulate that the discovery cutoff date be extended to March 9, 2018 for the limited purpose of completing depositions and filing motions to compel.

WHEREAS, the current deadline to complete all discovery is February 15, 2018;

WHEREAS, the parties are scheduled to appear at a mediation before the Honorable John Leo Wagner (ret.) on February 7, 2018;

WHEREAS, the parties believe it would foster settlement to postpone the costliest forms of discovery, specifically depositions and motions to compel, until after the mediation;

WHEREAS, the eight day gap between the mediation and the current discovery cutoff date would be inadequate to schedule all depositions in this case and to prepare and file any motions to compel that may prove to be necessary;

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate, subject to the approval of this Court, that:

1. The cutoff date for completing all depositions shall be extended to March 9, 2018; and
2. The cutoff date for filing motions to compel relating to any discovery matter shall be extended to March 9, 2018.

IT IS SO STIPULATED.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 18, 2018   By: */s/ Paul A. Stewart*
             Michael K. Friedland
             Paul A. Stewart
             Ali S. Razai
             Kim A. Kennedy

             Attorneys for Plaintiff
             EMERALD KINGDOM GREENHOUSE, LLC

RUNDLE LAW CORPORATION

Dated: January 18, 2018          By: */s/ Peter K. Rundle (with permission)*
                                     Peter K. Rundle

                                 Attorney for Defendants
                                 ERICK RECORS; BLUE COMMERCE
                                 SOLUTIONS, INC., FULLBLOOM
                                 HYDROPONICS

27378870

**IT IS SO ORDERED.**

Dated: January 18, 2018

_____
Troy L. Nunley
United States District Judge