IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMERALD KINGDOM GREENHOUSE, LLC, et al.,

    Plaintiffs,

vs.

ERICK RECORS, et al.,

    Defendants.

AND RELATED COUNTERCLAIMS

No. 2:16-CV-2819-TLN-CMK

ORDER

Plaintiffs bring this civil action. Currently pending before the court are defendant and counter-claimant's motions to compel (Docs. 41 and 42). Both matters are set for hearing before the undersigned in Redding, California, on February 14, 2018.[1] The parties have submitted a stipulation and proposed order continuing the hearing on the motions to compel to February 28, 2018, and extending the discovery cut-off date to March 23, 2018 (see Doc. 43).

---

[1] Also before the court is plaintiffs' motion for summary judgment (Doc. 44), set for hearing before the District Judge on March 8, 2018.

1

The court declines to approve the stipulated proposed order to the extent it would modify the current schedule established by the District Judge. On November 3, 2017, the District Judge assigned to this case issued a pre-trial scheduling order which, among other things, directed that discovery be completed by February 15, 2018. In the context of the scheduling order, "completed" means that any discovery disputes have been resolved and, if discovery is ordered, such order has been obeyed by the cut-off date. The District Judge's order further provided that the schedule could not be modified pursuant to the stipulation of the parties. On January 19, 2018, the District Judge granted the parties' request to modify the scheduling order and continued the deadline for completion of discovery to March 9, 2018. The parties' current stipulated order would extend the discovery cut-off date beyond March 9, 2018. Therefore, while the court will approve the parties' stipulation to continue the hearing on the pending discovery matters to February 28, 2018, the discovery cut-off date remains March 9, 2018, absent an order from the District Judge further modifying the schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. The court declines to approve the parties' stipulated order for a continuance (Doc. 43) to the extent it seeks extending the discovery cut-off date beyond the current date of March 9, 2018;

2. The court approves the parties' stipulated order to continue hearing on the pending discovery matters (Docs. 41 and 42) to February 28, 2018, at 10:00 a.m. before the undersigned in Redding, California; and

3. The parties may appear before the undersigned telephonically.

DATED: February 5, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE