Michael K. Friedland (SBN 157217)
michael.friedland@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246922)
ali.razai@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
EMERALD KINGDOM GREENHOUSE, LLC
and JEFFREY LLOYD

Peter K. Rundle (SBN 120267)
peter@rundlelawcorp.com
Rundle Law Corporation
38 Corporate Park
Irvine, California 92606
Tel: 949-476-5088

Attorney for Defendants
ERICK RECORS; BLUE COMMERCE
SOLUTIONS, INC.,
FULLBLOOM HYDROPONICS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD KINGDOM GREENHOUSE, LLC, and JEFFREY LLOYD<br><br>Plaintiffs,<br><br>v.<br><br>ERICK RECORS, BLUE COMMERCE SOLUTIONS, INC., FULLBLOOM HYDROPONICS, JOHN DOES 1-100, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:16-CV-02819-TLN-CMK<br><br>**JOINT MOTION AND ORDER TO ADMINISTRATIVELY CLOSE CASE IN LIGHT OF SETTLEMENT AGREEMENT**<br><br>Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor |

Plaintiffs Emerald Kingdom Greenhouse, LLC and Jeffrey Lloyd (collectively "Plaintiffs") and Defendants Erick Recors and Blue Commerce Solutions Inc./Fullbloom Hydroponics (collectively "Defendants"), are pleased to inform the Court that they have executed a final Confidential Settlement Agreement that completely resolves all claims and counterclaims in this matter. The Confidential Settlement Agreement requires the parties to take certain out-of-court actions prior to dismissal of this case. The last of those actions must occur no later than July 1, 2018.

In light of their settlement of this case, the parties hereby jointly move this Court for an order vacating all outstanding deadlines and administratively closing this case. If this joint motion is granted, the parties will jointly move to dismiss this case promptly after the July 1, 2018 milestone is successfully reached.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 14, 2018          By: */s/ Paul A. Stewart*
    Michael K. Friedland
    Paul A. Stewart
    Ali S. Razai

Attorneys for Plaintiff
EMERALD KINGDOM GREENHOUSE, LLC


RUNDLE LAW CORPORATION


Dated: March 14, 2018          By: */s/ Peter K. Rundle (with permission)*
    Peter K. Rundle

Attorney for Defendants
ERICK RECORS; BLUE COMMERCE SOLUTIONS, INC., FULLBLOOM HYDROPONICS

**IT IS SO ORDERED.**

Dated: March 14, 2018

_____
Troy L. Nunley
United States District Judge

-1- Proposed Order re: Joint Motion to Administratively Close Case